Robert Lee YOUNG, Appellant,

v.

The STATE of Texas, Appellee.

No. 29018.

Court of Criminal Appeals of Texas.

May 8, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for forgery; the punishment, 2 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

Robert Lee YOUNG, Appellant,

v.

The STATE of Texas, Appellee.

No. 29019.

Court of Criminal Appeals of Texas.

May 8, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of forgery; the punishment, two years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.